# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Timothy Donaldson**
        Plaintiff(s)

vs.                         **CASE NUMBER: 8:24-cv-453 (DJS)**

**Martin O'Malley**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Commissioner be reversed, and the above captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C section 405(g). Upon remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, take any further action necessary to complete the administrative record, and issue a new decision.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated August 13, 2024.

DATED: August 15, 2024

*John Domurad*
Clerk of Court

s/ Samantha Brahm

Deputy Clerk