IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

TIMOTHY DONALDSON,
                Plaintiff,

-v-                                          8:24-CV-00453 (DJS)

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Mark A. Schneider, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$604.93** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

      It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED:  Syracuse, New York, August 15, 2024

| | |
|---|---|
| CARLA B. FREEDMAN<br>United States Attorney | MARK A. SCHNEIDER, ESQ.<br>Attorneys for Plaintiff |
| BY: */s/ Vernon Norwood*<br>VERNON NORWOOD<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, Maryland 21235<br>(212) 264-9471<br>vernon.norwood@ssa.gov | BY: */s/ Mark Schneider*<br>Mark A. Schneider, Esq.<br>57 Court Street<br>Plattsburgh, NY 12901<br>(518) 566-6666<br>mark@northcountrylaw.com |

SO ORDERED:

_____
DANIEL J. STEWART
United States Magistrate Judge

Aug 26 _____, 2024